IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRETIA A. ROZIER,

       Plaintiff,

v.                              CASE NO. 4:13-cv-145-MW/CAS

BETTY DAVIS, et al.,

       Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 8, filed June 13, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Amended Complaint, ECF No. 7, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

SO ORDERED on July 2, 2013.

                                              s/Mark E. Walker
                                              United States District Judge