# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**PRETIA A. ROZIER,**

    **Plaintiff,**

v.                                           **CASE NO. 4:13-CV-145-MW/CAS**

**BETTY DAVIS, et al.,**

    **Defendants.**

_____/

## AMENDED ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court withdraws its prior order dated July 2, 2013, and directs the Clerk to vacate the Clerk's Judgment entered on July 2, 2013. This Court has again considered the Magistrate's Report and Recommendation, ECF No. 8, filed June 13, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 11, filed July 1, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Amended Complaint, ECF No. 7, is **DISMISSED with prejudice** for failure to state a claim upon which

1

relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

SO ORDERED on July 5, 2013.

s/Mark E. Walker  
United States District Judge